

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

In Re: Wayne L. Correll
      Debtor

Case No.: 15–32769

Chapter: 13

**ENTERED**
08/20/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/24/2015 2:03:16 PM
CHRISTOPHER A. PRINE
Clerk

**ORDER DISMISSING CASE WITH
PREJUDICE TO REFILING ANOTHER CASE FOR 180 DAYS**

    The Court has conducted a hearing on the chapter 13 trustee's motion to dismiss this case. Pursuant to FED. R. BANKR. P. 7052, the Court's reasons for issuance of this order were stated on the record at the hearing on the trustee's motion to dismiss. Pursuant to 11 U.S.C. §§ 109(9) and 349(a), it is ordered that:

    1.   This case is dismissed.

    2.   The Debtor(s) shall not file another bankruptcy petition for 180 days following entry of this Order. Violation of the prohibition may be punished as a contempt of court.

    3.   The deadline for filing an application for an administrative expense in this case is set at 21 days following entry of this Order. The deadline for filing a motion for allowance of a claim arising under § 507(b) in this case is also set at 21 days following entry of this order.

    4.   If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of an administrative expense under § 503 if the new application only seeks allowance of the same professional fees and expenses previously requested.

    5.   This order terminates (i) all orders to the Debtor(s)' employer that require payments to the chapter 13 trustee; and (ii) all orders directing payments by ACH or EFT.

    Signed and Entered on Docket: 8/20/15.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 15-32769-drj
Wayne L. Correll                                                          Chapter 13
         Debtor

### CERTIFICATE OF NOTICE

District/off: 0541-4         User: admin          Page 1 of 2          Date Rcvd: Aug 20, 2015
                             Form ID: dsm180dj    Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2015.
db             +Wayne L. Correll,   11515 Jones Rd.,   Houston, TX 77070-5925
cr              CHASEWOOD BANK,   2033 SH 249,   Houston, TX  77070
cr             +Newton B Schwartz, Sr.,   1911 Southwest Freeway,   Houston, TX 77098-4803
cr             +Vincent Lo,   1911 Southwest Freeway,   Houston, TX 77098-4803
9125142        +Andrew Jewelry,   12117 Jones Rd.,   Houston, TX 77070-5208
9125144         Bank of America,   PO Box 15220,   Wilmington, DE 19886-5220
9125145         Bank of America,   PO Box 45224,   Jacksonville, FL 32232-5224
9125143        +Bank of America,   9000 Southside Blvd Bldg,   Jacksonville, FL 32256-6705
9139408         Bank of America, N.A.,   P.O. Box 940186,   Simi Valley, CA 93094-0186
9125146        +Citibank SD, NA,   Citi Corp Credit Services,   Attn: Bankruptcy,   PO Box 790040,
                 Saint Louis, MO 63179-0040
9125147        +Citizens Bank,   Attn: Bankruptcy Dept,   443 Jefferson Blvd MS RJW-135,
                 Warwick, RI 02886-1321
9125148         Citizens One Auto Finance,   PO Box 42113,   Providence, RI 02940-2113
9125149        +Mabel Lee-Lo,   1911 Southwest Freeway,   Houston, TX 77098-4803
9125150        +Michelle Hartman,   c/o Newton Schwartz, Sr., Esq.,   1911 Southwest Freeway,
                 Houston, TX 77098-4803
9125151        +Peggy Correll,   11515 Jones Rd. B,   Houston, TX 77070-5925
9125152        +Randy L. Wooten, Esq.,   5625 FM 1960 Rd. West,   Suite 214,   Houston, TX 77069-4210
9125153        +The Chasewood Bank,   20333 State Highway 249,   Houston, TX 77070-2615
9125154        +Vincent K. Lo,   1911 Southwest Freeway,   Houston, TX 77098-4803
9203675         eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                 New York, NY 10087-9262


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: houston_bankruptcy@LGBS.com Aug 20 2015 20:56:15     Cypress Fairbanks ISD,
                 Linebarger, Goggan, Blair & Sampson,   attn: Tara L. Grundemeier,   P O Box 3064,
                 Houston, Tx 77253-3064
cr              E-mail/Text: houston_bankruptcy@LGBS.com Aug 20 2015 20:56:15     Harris County,
                 c/o Tara L. Grundemeier,   Post Office Box 3064,   Houston, TX  77253-3064
9172713         E-mail/Text: houston_bankruptcy@LGBS.com Aug 20 2015 20:56:15     Cypress Fairbanks ISD,
                 c/o Tara L. Grundemeier,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
                 Houston, Tx. 77253-3064
9172711         E-mail/Text: houston_bankruptcy@LGBS.com Aug 20 2015 20:56:15     Harris County et al,
                 c/o Tara L. Grundemeier,   Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
                 Houston, Tx. 77253-3064
9125400         E-mail/Text: cio.bncmail@irs.gov Aug 20 2015 20:55:37     INTERNAL REVENUE SERVICE,
                 P O Box 7346,   Philadelphia PA 19101-7346
                                                                                 TOTAL: 5


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Michelle Hartman,   1911 Southwest Freeway,   Houston
cr*            +Mabel Lee-Lo,   1911 Southwest Freeway,   Houston, TX 77098-4803
9172712*        Harris County et al,   c/o Tara L. Grundemeier,   Linebarger Goggan Blair & Sampson LLP,
                 P.O. Box 3064,   Houston, Tx. 77253-3064
                                                                      TOTALS: 1, * 2, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2015                              Signature: /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2015 at the address(es) listed below:
         Cristina Platon Camarata   on behalf of Creditor   CHASEWOOD BANK
          cristina.camarata@buckleymadole.com, notice@bkcylaw.com
         David G Peake   court@peakech13trustee.com
         Newton Boris Schwartz, Sr   on behalf of Creditor Mabel  Lee-Lo nbs@nbslawyers.com
         Newton Boris Schwartz, Sr   on behalf of Creditor Vincent  Lo nbs@nbslawyers.com

District/off: 0541-4          User: admin          Page 2 of 2          Date Rcvd: Aug 20, 2015
                             Form ID: dsm180dj      Total Noticed: 24


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Newton Boris Schwartz, Sr    on behalf of Creditor Newton B Schwartz, Sr. nbs@nbslawyers.com
          Newton Boris Schwartz, Sr    on behalf of Creditor Michelle  Hartman nbs@nbslawyers.com
          Tara L Grundemeier    on behalf of Creditor   Cypress Fairbanks ISD
           houston_bankruptcy@publicans.com
          Tara L Grundemeier    on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
          William Kyle Vaughn   on behalf of Debtor Wayne L. Correll wkv@wkvlf.com,  susann@wkvlf.com
                                                                                   TOTAL: 10